It is further ordered that, in the meantime and until the further orders of this court all proceedings against the relator in said Fifteenth Judicial District Court shall be stayed and suspended.

Granted at New Orleans, November 10, 1965.

/s/ E. Howard McCaleb,
Associate Justice

179 So.2d 432

**UNION PRODUCING COMPANY et al.**

**v.**

**PLACID OIL COMPANY et al.**

**No. 47968.**

Nov. 12, 1965.

In re: La-Terre Co., Inc., and Placid Oil Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 178 So.2d 392.

The application is denied:—According to the facts of the case, as found to be by the Court of Appeal, the result reached by the Court is correct.

SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.